Generated: Jul 10, 2026 12:57PM

Page 1/1

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Jul 10, 2026 12:57PM

Alexander Rasavong

Rcpt. No: 200020782

Trans. Date: Jul 10, 2026 12:57PM

Cashier ID: #AA (4469)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | Amt |
|----|--------|--|-----|
| CC | Credit Card | | $405.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |

**Comments**: 2:26-cv-02095-CDS-MDC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

